ACCEPTED
06-15-00172-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/12/2015 5:02:53 PM
DEBBIE AUTREY
CLERK

Appellate Docket No:    06-15-[Not Assigned Yet]-CR

Appellate Case Style:  Gary Lamont Carson  v. The State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/13/2015 8:51:00 AM
DEBBIE AUTREY
Clerk

SIXTH DISTRICT COURT OF APPEALS
CRIMINAL APPEAL – DOCKETING STATEMENT

PARTIES (TRAP 32.2(a)):

Appellant:  Gary Lamont Carson
Attorneys:  Michael R. Casillas, Attorney at Law – SBN 3967500

Addresses:  351 S. Riverfront Blvd.,
            Dallas, TX 75207

Telephone number:  214.748.5200

Facsimile number:  214.748.5202

e-mail address:  michael@londlawdfw.com

Appellee:  The State of Texas

Attorney:  The Hon. District Attorney Jerry Dean Rochelle –
           SBN  17126020
Address:   601 Main Street
           Texarkana, TX 75501
Telephone number:  903.735.4800
Facsimile number:   903.735.4819
e-mail address:  catherine.coats@txkusa.org

PERFECTION OF APPEAL (TRAP 32.2(b),(d),(f)-(k)):

Date sentence imposed or suspended in open court or appealable order
signed: August  10, 2015

Date Notice of Appeal filed: October  2, 2015

If mailed, Date mailed:
Attach file-stamped copy of Notice of Appeal

ACTIONS EXTENDING TIME TO PERFECT APPEAL (TRAP 32.2(e)):

Motion for new trial:  Yes
Motion in arrest of judgment: Yes
Other (specify): N/A

TRIAL AND APPEAL (TRAP 32.2(f)-(k)):

Trial Court Cause Number:  14F-0161-102
Offense originally charged:  Assault on Public Servant
Date of original offense:  February 15, 2014
Defendant's Plea:  Guilty
If guilty or nolo contendere, was plea result of negotitated plea bargain agreement?   NO

Was trial jury or nonjury?  Non-Jury
Punishment assessed: 50 year prison sentence

Is the appeal from a pretrial order:  No

Does the appeal involve the validity of a statute, rule, or ordinance?  No

TRIAL COURT AND RECORD (TRAP 32.2(c),(l),(m)):

Trial Court: 102nd  Judicial District Court  Bowie County, Texas

Judge below:   The Hon. Bobby Lockhart

Address for court from which appeal is taken:

102nd Judicial District Court
Judge  Bobby Lockhart
Bowie  County  Court  House
133 N. Riverfront Blvd., 6th Floor
710 James Bowie Drive
New Boston,  TX  75501

Cause Number below:  14F-0161-102

Court Clerk :

        Billy  Fox
        Telephone Number:  903.628.6751
        Facsimile number:   903.628.6761

Address:  102nd Judicial District Court
        Bowie County Court House
        710 James Bowie Drive
        New Boston, Texas 75570-2328


Fee paid: No
Arrangements made to pay fee: Yes

Court Reporter or Court Recorder: Melanie Harris

Telephone Number: 903.277.8696
Facsimile Number:  214.628.6761

Address:  102nd Judicial District Court
        Bowie County  Court House
        710 James Bowie Drive
        New Boston, TX  75570-2328

Reporter's Record/Recorder's Record
Electronically recorded:  Yes
Date of hearings:   April 9, 2014 and May 7, 2014 and October 9, 2014
        December 4, 2014 and February 5, 2105 and
        April 2, 2015 and July 9, 2015 and August 6, 2015
        August 10, 2015 and September 8, 2015 and
        September 15, 2015 and October 2, 2015

Date requested: October 2, 2015

INDIGENCY OF PARTY (TRAP 32.1(k)):

Yes

OTHER INFORMATION (TRAP 32.2(m)):


N/A


I CERTIFY TO THE BEST OF MY KNOWLEDGE, ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT:


/s/Michael R. Casillas                                    October 12, 2015
Attorney At Law                                          Date

Representing: Appellant Gary Lamont Carson

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Docketing Statement were served on counsel for the opponent, the State of Texas, by serving said copies either electronically or on paper to the Office of Criminal District Attorney of Bowie County, Texas, 710 James Bowie Drive, New Boston, Texas 75501 or via e-mail to catherine.coats@txkusa.org no later than October 21, 2015.


                          /s/Michael R. Casillas
                          Michael R. Casillas